UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
DEC - 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| MARK and AUREA SIMPSON, JEFF and MOLLI FUNK, JOE NEITH and CINDY GOODING, and MINDY NEWBERRY, on behalf of themselves and all others similarly situated,<br><br>              *Plaintiffs,*<br>v.<br><br>PULTE HOME CORPORATION, a corporation, PULTE MORTGAGE, LLC, a limited liability corporation; and DOES 1 through 30, inclusive,<br>              *Defendants.* | Case No. 4:11-cv-05376-SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stefanie J. Fogel, whose business address and telephone number is DLA Piper LLP (US), 33 Arch Street, 26th Floor, Boston, MA, 02110, 617.406.6053, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Pulte Home Corporation and Pulte Mortgage, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/7/11

                                                   SAUNDRA BROWN ARMSTRONG, J.
                                                       United States District Judge