Brian B. Miles, Esq., SBN 191136
Joel M. Westbrook, Esq., SBN 196578
MILES & WESTBROOK
1407 Oakland Blvd., Suite 107
Walnut Creek, CA 94596
Telephone: (925) 938-4500
Facsimile: (925) 938-7007

Alan R. Plutzik, SBN 77785
Robert M. Bramson SBN 102006
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK and AUREA SIMPSON, JEFF and MOLLI FUNK, JOE NEITH and CINDY GOODING, and MINDY NEWBERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PULTE HOME CORPORATION, a corporation; PULTE MORTGAGE, LLC, a limited liability corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | **CASE NO. 11-5376-LB**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING OPPOSITION AND REPLY RE: MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION** |

## STIPULATION

Pursuant to Local Rule 7-2 and the Court's Standing Order, Plaintiffs MARK and AUREA SIMPSON, JEFF and MOLLI FUNK, JOE NEITH and CINDY GOODING, and MINDY NEWBERRY, and others similarly situated ("Plaintiffs") and Defendants PULTE HOME CORPORATION and PULTE MORTGAGE, LLC ("Defendants") have met and conferred regarding a briefing schedule for the filing of an opposition and reply in connection with Defendants' Motion to Compel Individual Arbitration and Dismiss or Stay Proceedings Pending Arbitration ("the Motion"), and hereby stipulate and agree, subject to Court approval, as follows:

**WHEREAS**, Defendants filed the Motion on November 14, 2011;

**WHEREAS**, Defendants served a re-notice of the Motion on November 15, 2011, indicating that the Motion is set to be heard on March 13, 2012;

**WHEREAS**, on November 21, 2011, Plaintiffs met and conferred with Defendants regarding a mutually acceptable briefing schedule;

**WHEREAS**, Plaintiffs requested that Defendants agree to extend the deadlines for opposing the Motion, and for replying to the opposition thereto, due to the complexity of the issues, the fact that the Motion was not scheduled to be heard until March 13, 2012, and because of Plaintiffs' counsels' trial schedules;

**WHEREAS**, on November 25, 2011, Defendants granted Plaintiffs a one week extension to file an opposition to the Motion pending an anticipated agreement on a briefing schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that any opposition to the Motion shall be filed and served no later than **January 31, 2012,** and that any reply to said opposition shall be filed and served no later than **February 21, 2012**.

MILES & WESTBROOK
1407 Oakland Blvd.,
Suite 107
WALNUT CREEK, CA 94596

1 | DATED:  November 30, 2011    MILES & WESTBROOK

2 |                              By          /s/ Joel M. Westbrook
3 |                                          JOEL M. WESTBROOK
                                             Attorneys for Plaintiffs
4 | DATED:  November 30, 2011    DLA PIPER LLP

5 |                              By     /s/ Stefanie J. Fogel (as authorized on
6 |                                              November 30, 2011)
                                             STEFANIE J. FOGEL
7 |                                        Attorneys for Defendants
                                         PULTE HOME CORPORATION and
8 |                                         PULTE MORTGAGE, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:1/23/12                    _____/s/ Saundra B. Armstrong_____
                                 The Honorable Saundra Brown Armstrong
                                 United States District Judge
                                 Northern District of California