1  Brian B. Miles, Esq., SBN 191136
2  Joel M. Westbrook, Esq., SBN 196578
   MILES & WESTBROOK
3  1407 Oakland Blvd., Suite 107
   Walnut Creek, CA  94596
4  Telephone:  (925) 938-4500
   Facsimile:  (925) 938-7007
5

6  Alan R. Plutzik, SBN 77785
   Robert M. Bramson SBN 102006
7  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   2125 Oak Grove Road, Suite 120
8  Walnut Creek, California  94598
   Telephone: (925) 945-0200
9  Facsimile:  (925) 945-8792

10 Attorneys for Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           OAKLAND DIVISION

|  |  |
|---|---|
| MARK and AUREA SIMPSON, JEFF and MOLLI FUNK, JOE NEITH and CINDY GOODING, and MINDY NEWBERRY, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>PULTE HOME CORPORATION, a corporation;  PULTE MORTGAGE, LLC, a limited liability corporation; and DOES 1 through 30, inclusive,<br><br>     Defendants. | **CASE NO. 11-5376-LB**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING OPPOSITION AND REPLY RE: MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION** |

MILES & WESTBROOK
1407 Oakland Blvd.,
Suite 107
WALNUT CREEK, CA 94596

- 1 -
STIPULATION AND [PROPOSED] ORDER

## STIPULATION

Pursuant to Local Rule 7-2 and the Court's Standing Order, Plaintiffs MARK and AUREA SIMPSON, JEFF and MOLLI FUNK, JOE NEITH and CINDY GOODING, and MINDY NEWBERRY, and others similarly situated ("Plaintiffs") and Defendants PULTE HOME CORPORATION and PULTE MORTGAGE, LLC ("Defendants") have met and conferred regarding a briefing schedule for the filing of an opposition and reply in connection with Defendants' Motion to Compel Individual Arbitration and Dismiss or Stay Proceedings Pending Arbitration ("the Motion"), and hereby stipulate and agree, subject to Court approval, as follows:

**WHEREAS**, Defendants filed the Motion on November 14, 2011;

**WHEREAS**, Defendants served a re-notice of the Motion on November 15, 2011, indicating that the Motion is set to be heard on March 13, 2012;

**WHEREAS**, on November 21, 2011, Plaintiffs met and conferred with Defendants regarding a mutually acceptable briefing schedule;

**WHEREAS**, Plaintiffs requested that Defendants agree to extend the deadlines for opposing the Motion, and for replying to the opposition thereto, due to the complexity of the issues, the fact that the Motion was not scheduled to be heard until March 13, 2012, and because of Plaintiffs' counsels' trial schedules;

**WHEREAS**, on November 25, 2011, Defendants granted Plaintiffs a one week extension to file an opposition to the Motion pending an anticipated agreement on a briefing schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that any opposition to the Motion shall be filed and served no later than **January 31, 2012,** and that any reply to said opposition shall be filed and served no later than **February 21, 2012**.

DATED: November 30, 2011     MILES & WESTBROOK

            By   /s/ Joel M. Westbrook
               JOEL M. WESTBROOK
               Attorneys for Plaintiffs

DATED: November 30, 2011     DLA PIPER LLP

            By   /s/ Stefanie J. Fogel (as authorized on November 30, 2011)
               STEFANIE J. FOGEL
               Attorneys for Defendants
              PULTE HOME CORPORATION and
               PULTE MORTGAGE, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/23/12         *Saundra B. Armstrong*
             The Honorable Saundra Brown Armstrong
             United States District Judge
             Northern District of California